UNDERWRITERS SALVAGE COMPANY OF NEW YORK, Landlord, Respondent-Appellant, *v.* KIRKMAN ENGINEERING CORPORATION, Tenant, Appellant-Respondent.

Supreme Court, Appellate Term, First Department, November 24, 1948.

*Edward C. McLean* and *D. Bret Carlson* for appellant-respondent.

*Irving M. Getnick* and *Thomas Watters, Jr.,* for respondent-appellant.

*Per Curiam.* It appears that on the termination of the lease, the tenant, as a statutory tenant, paid as emergency rent, the amount reserved in the lease plus 15%. This is the rent which should have been exacted during the period of the stay.

The final order should be modified to the extent of fixing the rent at $575 per month, and as modified affirmed, with $25 costs to landlord.

PECORA, EDER and HECHT, JJ., concur.

Ordered accordingly.